Ralph M. Stone (RS-4488)
Thomas G. Ciarlone (TC-3881)
SHALOV STONE BONNER & ROCCO LLP
485 7th Avenue, Suite 1000
New York, New York 10018
Telephone (212) 239-4340
Facsimile (212) 239-4310

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: 8/28/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| In re: |
| SCHEFENACKER PLC, |
| Debtor in Foreign Proceeding. |
| JOE DORAN, HORST SCHULTZEN, *et al.*, |
| Appellants, |
| v. |
| SCHEFENACKER PLC, |
| Debtor-Appellee. |

Chapter 15
Case No. 07-11482 (SMB)

*Document Electronically
Filed*

Civil Action No. 07-CV-06598
(SAS)

**NOTICE OF WITHDRAWAL OF APPEAL**

1.    Please take notice that Joe Doran, Horst Schultzen and the Objecting Bondholder Group hereby withdraw their notice of appeal. *The Clerk of the Court is directed to close this Case.*

*So Ordered:*

[signature]
USDJ
8/28/07

Dated: August 10, 2007                    Respectfully submitted,

 

SHALOV STONE BONNER & ROCCO LLP

 

By: ___/s/ Ralph M. Stone_____
     Ralph M. Stone (RS-4488)
     Thomas G. Ciarlone (TC-3881)

485 Seventh Avenue, Suite 1000
New York, New York 10018
(212) 239-4340
Fax (212) 239-4310
Email:  rstone@lawssb.com
       tciarlone@lawssb.com

*Attorneys for Appellants Joe Doran,
Horst Schultzen and the Objecting
Bondholder Group*